AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__      DISTRICT OF      __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Cristian Francisco Lopez-Lopez

AKA: Cristian Lopez

IAE    YOB: 1985
Guatemala

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:   M-18- 532 -M

FILED MAR 13 2018
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 11, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Cristian Francisco Lopez-Lopez was encountered by Border Patrol Agents near Hidalgo, Texas on March 11, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 11, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 16, 2008 through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 22, 2007, the Defendant was convicted of Manufacture Control Substance Schedule IV, V, greater than two-hundred (200) grams but less than four-hundred (400) grams and was sentenced to five (5) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

approved by AUSA KSG

Sworn to before me and subscribed in my presence,

Signature of Complainant
Renatto Benavides       Senior Patrol Agent

March 13, 2018

J. Scott Hacker    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer